In the Matter of JAMES GARRETT, Appellant, v THOMAS COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—

Present—
Dillon, P. J., Callahan, Pine, Balio and Davis, JJ.